# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Brandon Blanche**

Case Number: **2:22CR00252**

Name of Sentencing Judicial Officer: **Honorable Wm. Fremming Nielsen**

Date of Original Sentence: **October 11, 2012**

Original Offense: **Possession with Intent to Distribute Oxycodone**

Original Sentence: **130 Months prison, followed by 5 years TSR.**

Date Supervision Commenced: **October 21, 2022**

Date Jurisdiction Transferred to District of Nevada: **November 15, 2022**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

    On January 17, 2023, Blanche was arrested by the Las Vegas Metropolitan Police Department (LVMPD) for the offense of Own/ Possess Gun by Prohibited Person, in violation of NRS 202.360, a Category B Felony. Blanche's next court date for the above offense is scheduled for February 22, 2023, at 8:30 am, at North Las Vegas Justice Court, Department 2.

RE: Brandon Blanche

Prob12C
D/NV Form
Rev. March 2017

2. **<u>Weapons Restriction</u>** - The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   On January 17, 2023, Blanche was found to be in possession of a Taurus G3 handgun. The firearm was located in the glovebox of Blanche's Black Mazda 3.

3. **<u>Shall Not Associate with Criminals</u>** - The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

   On January 17, 2023, Blanche was in a vehicle with Maria Campos. Campos is a wanted fugitive from California. A warrant was issued by the California Division of Parole under warrant number BPR2100338 on March 11, 2021.

4. **<u>Alcohol Abstinence -</u>** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervision officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

   Blanche tested positive for alcohol on the following dates:
   November 7, 2022
   January 11, 2023

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **January 25, 2023**

_Digitally signed by Deleyna Joseph_
_Date: 2023.01.26 09:13:38 -08'00'_

Deleyna Joseph
United States Probation Officer

RE: Brandon Blanche

Prob12C
D/NV Form
Rev. March 2017

Approved:



Digitally signed by Joy Gabonia
Date: 2023.01.26 07:52:36
-08'00'

_____

Joy Gabonia
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.
☑   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

_January 26, 2023_____
Date

RE: Brandon Blanche

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. BRANDON BLANCHE,  2:22CR00252

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### January 25, 2023

On October 11, 2012, Blanche was sentenced in the Eastern District of Washington to 130 months custody followed by five (5) years of supervised release for committing the offense of Possession with Intent to Distribute Oxycodone. On October 21, 2022, supervision commenced in the District of Nevada. On November 15, 2022, Jurisdiction was transferred to the District of Nevada.

On November 7, 2022, Blanche tested positive for alcohol. Blanche initially stated that his positive alcohol test was due to using Listerine mouthwash. Blanche eventually admitted to drinking alcohol the night before. In response to this violation the undersigned increased Blanche's drug and alcohol testing to six (6) times a month and Blanched was placed in outpatient drug and alcohol treatment.

On January 11, 2023, Blanche again tested positive for alcohol. On January 12, 2023, the undersigned met with Blanche who admitted to using alcohol. In response to his non-compliance and to assist with his sobriety, the Probation Office recommended to modify his release conditions to include Soberlink. Blanche declined the assistance and refused to sign the Probation Form 49 (Prob 49) to modify his conditions to include alcohol monitoring.  Blanche stated that he does not believe he has an alcohol problem, and his alcohol use was due to stress.

On January 17, 2023, the Las Vegas Metropolitan Police Department (LVMPD) conducted a vehicle stop on Blanche's vehicle, a black Mazda 3 bearing tag number 393VHF. It should be noted that this is the same vehicle that Blanche has reported to the probation office on his monthly supervision report. Blanche was the driver of the vehicle and a woman whom Blanche identified as his girlfriend, Maria Campos, was the passenger.  During the course of the traffic stop, Blanche was observed exhibiting nervous behavior. According to LVMPD, Blanche lied to officers about having any previous law enforcement contact. Blanche was asked to exit the vehicle.  LVMPD then asked Blanche for consent to search, which Blanche gave limited search permission to not include any locked containers. During the search of the vehicle, LVMPD found drug paraphernalia, specifically, an orange plastic straw with residue consistent with narcotics use, and a tin foil with residue consistent with narcotics use.  Blanche was detained, and a probable cause search was then executed on the vehicle. LVMPD found a black Taurus G3 handgun in a Kydex holster in the locked glove compartment. Blanche was taken into custody by LVMPD and charged with Own/Possession of a Gun by Prohibited Person, in violation of NRS 202.360.

Blanche is not new to the criminal justice system and has previous convictions for weapon related offenses, drug related offenses, and offences that include violence. In 2002, at the age of

RE: Brandon Blanche

Prob12C
D/NV Form
Rev. March 2017

15, he was convicted as an adult for discharging a Weapon Where a Person Might Be Endangered.  In addition to his conviction in 2002, Blanche also has the following convictions:

Convicted Person Failure to Register (2002 and 2004)
Conspiracy to Commit Grand Larceny (2003)
Possession of Stolen Property (2003)
Weapon in Auto (2003)
Robbery (2004)
Verbal Threats (2004
Possession of Unregistered Firearm (Convicted twice is 2004)
Attempted Carrying of a Firearm or Other Concealed Weapon (2004)
Battery Domestic Violence (Convicted twice 2004)
Trafficking in a Controlled Substance, Cocaine (2009)

Unfortunately, it appears that Blanche is unable to cease his criminal conduct which is evident by his most recent charge noted above. Based on the information in this petition, Blanche is either unwilling or unable to abide by the conditions of supervision set forth by the Court. It is respectfully requested that a warrant be issued for Blanche and that he be detained pending revocation proceedings.

Respectfully submitted,

Digitally signed by Deleyna Joseph
Date: 2023.01.26 09:18:29 -08'00'

Deleyna Joseph
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2023.01.26 07:52:56 -08'00'

Joy Gabonia
Supervisory United States Probation Officer