RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brandon Bernell Blanche

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON BERNELL BLANCHE, <br><br> Defendant. | Case No. 2:22-cr-00252-APG-EJY <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Blanche, that the Revocation Hearing currently scheduled on February 14, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The petition contains new crime allegations with the State of Nevada.

2. The defense is requesting that the revocation hearing be continued pending the outcome of the state case.

3. The defendant is out of custody and agrees with the need for the continuance.

4.     The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10 day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON BERNELL BLANCHE,<br><br>　　　　Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 14, 2023 at 9:30 a.m., be vacated and continued to May 17, 2023 at the hour of 9:30 a.m. in Las Vegas Courtroom 6C; or to a time and date convenient to the court.

  DATED this 13th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

3