RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brandon Bernell Blanche

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON BERNELL BLANCHE,<br><br>　　　　　　　Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>ORDER TO CONTINUE HEARING RE: MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Blanche, that the Hearing Re: Motion to Modify Conditions of Release currently scheduled on April 19, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than April 24, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district.

2. Reports from Mr. Blanche's treatment provider are outstanding.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the Hearing Re: Motion to Modify Conditions of Release.

DATED this 18th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON BERNELL BLANCHE,<br><br>    Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Hearing Re: Motion to Modify Conditions of Release currently scheduled for Wednesday, April 19, 2023 at 2:30 p.m., be vacated and continued to Tuesday, April 25, 2023, at 10:00 a.m., Courtroom 3A.

    DATED this 18th day of April, 2023.

                                                    DANIEL J. ALBREGTS
                                                  U.S. Magistrate Judge