RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brandon Bernell Blanche

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON BERNELL BLANCHE,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Blanche, that the Revocation Hearing currently scheduled on July 26, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.　　The petition contains new crime allegations with the State of Nevada.

2.      The defense is requesting that the revocation hearing be continued pending the outcome of the state case.  Additionally, defense counsel will be out of the district on the currently scheduled date.

3.      The defendant is out of custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED: June 23, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By *Keisha K. Matthews*
KEISHA K. MATTHEWS
Assistant Federal Public Defender

By *Robert Knief*
ROBERT KNIEF
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

BRANDON BERNELL BLANCHE,

           Defendant.

Case No. 2:22-cr-00252-APG-EJY

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 26, 2023, at 9:00 a.m., be vacated and continued to _August 31, 2023_ at the hour of _11_ : _00_ _a_ .m. in Courtroom 6C.

      DATED this 26th day of June, 2023.

_____

UNITED STATES DISTRICT JUDGE

3