RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brandon Bernell Blanche

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00252-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| BRANDON BERNELL BLANCHE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Blanche, that the Revocation Hearing currently scheduled on August 31, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.   There is a pending new crime allegations with the State of Nevada.

2. Probation plans to file an addendum to the existing petition incorporating the new crime allegation.

3. The parties are requesting that the revocation hearing be continued pending the filing of the addendum and the outcome of the state case.

4. The defendant is out of custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED: August 28, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00252-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON BERNELL BLANCHE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, August 31, 2023, at 11:00 a.m., be vacated and continued to November 29, 2023 at the hour of 2:30 p.m. in Courtroom 6C.

DATED this 29th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

3