**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON BERNELL BLANCHE,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 49) is GRANTED.

　　　IT IS FURTHER ORDERED that the Preliminary Hearing currently scheduled for Wednesday, December 6, 2023 at 10:00 a.m., be vacated and continued to January 10, 2024 at the hour of 10:00 a.m. in Courtroom 3D.

　　　DATED this 5th day of December, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3