RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brandon Bernell Blanche

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00252-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| BRANDON BERNELL BLANCHE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Blanche, that the Revocation Hearing currently scheduled on July 30, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The petition contains State and Federal new crime allegations that need to be resolved.

2.	The defense is requesting that the revocation hearing be continued pending the outcome of these matters.

3.	The defendant is in custody and agrees with the need for the continuance.

4.	The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 25th day of July, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By *Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON BERNELL BLANCHE,<br><br>    Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 30, 2024, at 11:00 a.m., be vacated and continued to October 30, 2024 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 25th day of July 2024.

_____
UNITED STATES DISTRICT JUDGE

3