RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brandon Bernell Blanche

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON BERNELL BLANCHE,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Blanche, that the Revocation Hearing currently scheduled on May 13, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　　The parties have reached a global resolution and need additional time to prepare for the revocation hearing. Mr. Blanche is awaiting the 9th Circuit's

decision on *Duarte* in his new case that needs to be resolved before moving forward with the revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 8th day of May 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By *Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRANDON BERNELL BLANCHE,<br><br>　　　　Defendant. | Case No. 2:22-cr-00252-APG-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 13, 2025, at 9:30 a.m., be vacated and continued to August 7, 2025 at the hour of 11:00 a.m. in LV Courtroom 6C.

　　DATED this 9th day of May 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE