RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brandon Bernell Blanche

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00252-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Eighth Request) |
| BRANDON BERNELL BLANCHE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Blanche, that the Revocation Hearing currently scheduled on August 7, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defense needs additional time to prepare for the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the eighth request for a continuance of the revocation hearing.

DATED: July 29, 2025

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By *Lauren Ibanez*<br>LAUREN IBANEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00252-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON BERNELL BLANCHE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 7, 2025, at 11:00 a.m., be vacated and continued to November 13, 2025 at the hour of 11:00 a.m. in LV Courtroom 6C.

DATED this 30th day of July 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE